**Hoveland, Sardeson, McColm Company, appellant, v. Emma Sell, appellee.**
Assumpsit for the purchase price of goods shipped to and rejected by defendant. Judgment for defendant. Appeal from the Circuit Court of Christian county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed April 22, 1922.

Vol. CCXXVI 40

'Leslie J. Taylor and C. E. Springstun, for appellant. E. E. Dowell, for appellee.

Mr. Justice Heard delivered the opinion of the court.